IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIAM MARK MIZE,<br><br>    Plaintiff<br><br>VS.<br><br>WALTER ZANT, *et al.*,<br><br>    Defendants | NO. 5:00-CV-80 (WDO)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

Before the court is plaintiff WILLIAM MARK MIZE's **MOTION FOR EMERGENCY RELIEF**, which sets forth new allegations that prison officials have violated his rights in ways which appear to be distinct from the claims that remain in this proceeding; plaintiff seeks assistance from the court to remedy these alleged violations. Tab #61.

Because plaintiff's motion deals with new allegations, his **MOTION FOR EMERGENCY RELIEF** is **DENIED** *without prejudice* to refile his claims in a new lawsuit.

SO ORDERED AND DIRECTED, this 13th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE