IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **WILLIAM MARK MIZE,** | : | |
| **Plaintiff** | : | |
| v. | : | 5:00-CV-80 (WDO) |
| **WALTER ZANT,** | : | |
| **Defendant** | : | |

**ORDER**

This matter is before the Court on the Magistrate Judge's Report and Recommendation to deny Plaintiff's Motion for Contempt and Modification of Consent Decree, to deny all pending motions for contempt and joiner, to deny the Motion for Charges of Perjury and to dismiss this case. Having carefully considered the Report and Recommendation, and Plaintiff's objections thereto, the Report and Recommendation is ADOPTED IN FULL and made the order of the Court. This case is dismissed for the reasons more fully explained in the Report and Recommendation.

**SO ORDERED this 27th day of July, 2007.**

**S/Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT JUDGE**